|   |   |
|---|---|
| 1  UNITED STATES DISTRICT COURT | |
| 2  DISTRICT OF NEVADA | |
| 3  LEONARD GATHRIGHT, | Case No. 3:19-cv-00487-MMD-WGC |
| 4  Plaintiff | ORDER |
| 5  v. | |
| 6  GRETTA PHILLIPS et al., | |
| 7  Defendants | |

**I.  DISCUSSION**

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on

1  the correct form with complete financial attachments in compliance with 28 U.S.C. §
2  1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing
3  fee and the $50 administrative fee).
4      IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
5  dismissal of this action may result.
6      IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint
7  (ECF No. 1-1), but will not file it at this time.
8      DATED: August 15, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE