# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEONARD GATHRIGHT, | ) | 3:19-cv-00487-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 12, 2021 |
| GRETTA PHILLIPS, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 23). Plaintiff requests an additional eighty (80) days to complete service.

Plaintiff's Motion for Enlargement of Time (ECF No. 23) is **GRANTED**. Plaintiff shall have to and including **September 27, 2021**, in which to complete service.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:    /s/
       Deputy Clerk