UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LEONARD GATHRIGHT, | Case No. 3:19-cv-00487-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GRETTA PHILLIPS, *et al.*, | |
| Defendants. | |

The complaint in this action was filed on November 19, 2020. (ECF No. 8.) The Court issued a notice of intent to dismiss Defendants Gretta Phillips and Robert Lamb under Fed. R. Civ. P. 4(m) unless proof of service is filed by July 8, 2021. (ECF No. 22.) On September 29, 2021, the Court extended the deadline to and including December 18, 2021, for which to complete service. (ECF No. 27.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Defendants Gretta Phillips and Robert Lamb are dismissed without prejudice.

DATED THIS 20th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE