# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD GATHRIGHT,<br><br>                 Plaintiff,<br><br>v.<br><br>GRETTA PHILLIPS, et al.,<br><br>                 Defendants. | 3:19-cv-00487-MMD-CSD<br><br>**ORDER** |

On March 21, 2022, the U.S. Marshal Service returned the summons for Defendant Gretta Phillips as unexecuted with the notation "address doesn't exist." (ECF No. 43.) It appears that the address filed under seal by the Attorney General's Office for Defendant Phillips had a typographical error. (ECF No. 17.)

**IT IS THEREFORE ORDERED** that the Attorney General's Office shall file the correct last known address for Defendant Gretta Phillips under seal on or before **Friday, April 1, 2022**.

DATED: March 22, 2022.

_____
UNITED STATES MAGISTRATE JUDGE