# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD GATHRIGHT,<br><br>                    Plaintiff,<br><br>    v.<br><br>GRETTA PHILLIPS, et al.,<br><br>                    Defendants. | 3:19-cv-00487-MMD-CSD<br><br>**ORDER** |

Pursuant to the court's order of March 22, 2022 (ECF No. 45), the Attorney General's Office filed the correct last known address of Defendant Gretta Phillips. (ECF No. 49.)

**IT IS HEREBY ORDERED** that the Clerk shall **re-issue** a summons for **Gretta Phillips** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 49). The Clerk shall also send a copy of the complaint (ECF No. 8), this order, and the attached USM-285 form to the U.S. Marshal for service on the Defendant.

**IT IS FURTHER ORDERED** that proof of service as to Defendant Phillips is extended to and including **Friday, April 6, 2022**.

DATED: March 31, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See instructions for "Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Leonard Gathright | 3:19-cv-487-MMD-CSD |
| DEFENDANT | TYPE OF PROCESS |
| Gretta Phillips, et al. | 42 U.S.C. § 1983 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gretta Phillips
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
UNDER SEAL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leonard Gathright, #95054
PO Box 7000
Cason City, NV 89702

Number of process to be served with this Form 285
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Defendant's address filed under seal

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No.___ | District to Serve No.___ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*   Date   Time  ☐ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED   **PRINT 5 COPIES:**  1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00