# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD GATHRIGHT,<br><br>                    Plaintiff,<br><br>   v.<br><br>GRETTA PHILLIPS, et al.,<br><br>                    Defendants. | 3:19-cv-00487-MMD-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court has received information via numerous undeliverable notices (ECF Nos. 44, 46, 48, 53 and 54) that Plaintiff may now be housed at High Desert State Prison. If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.

This order shall be served upon Plaintiff in care of the High Desert State Prison and Northern Nevada Correctional Center.

**IT IS SO ORDERED.**

DATED:  March 31, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**