UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD GATHRIGHT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GRETTA PHILLIPS, et al.,<br><br>　　　　　　　　　　Defendants. | 3:19-cv-00487-MMD-CSD<br><br>**ORDER** |

　On December 21, 2022, Defendant filed his Motion for Summary Judgment (ECF No. 64) in this action.  To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file a response to Defendant's Motion for Summary Judgment (ECF No. 64).

**IT IS SO ORDERED.**

DATED:  January 23, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1